In the Matter of SANDRA E. BECKER, Appellant, v. DANIEL I. BECKER, Respondent.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

In the Matter of the Estate of GEORGE D. GRIFFIN, SR., Deceased. GEORGE D. GRIFFIN, JR., as Administrator of the Estate of GEORGE D. GRIFFIN, SR., Deceased, Appellant; JOHN J. FARRINGTON et al., Respondents.

No opinion. (We deem it appropriate to state that in our opinion, in the circumstances of this case, debts of. the decedent are payable regardless of accrual date [see, Debtor and Creditor Law, § 273; Matter of St. John, 163 Misc. 17, 24].) Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.